# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY CRAWFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-256 -KD-B |
| | ) |
| DOLGENCORP, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) (Doc. 28) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' Motions to Dismiss (Docs. 6, 7, 20, and 21) are **DENIED**.

**DONE** this **30th** day of **September, 2010**.

    s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**