# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ASHELEY CRAWFORD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:10-00256-KD-B |
| | ) |
| DOLGEN CORP. INC., | ) |
| d/b/a DOLLAR GENERAL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion in Limine (Doc. 67) and Defendant's Response in opposition (Doc. 75). The motion seeks to exclude evidence of Plaintiff's former employment with and termination from Piggly Wiggly.

It is **ORDERED** that Plaintiff's Motion in Limine (Doc. 67) is **DENIED**. However, at this time, the Court finds that the evidence of Plaintiff's prior termination is only relevant for possible impeachment purposes.

**DONE** and **ORDERED** this the **23rd** day of **June, 2011**.

    /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**